IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sheet Metal Workers Int'l Local 33,   Case No. 3:12CV3066

    Plaintiff

    v.   **ORDER**

City of Perrysburg, et al.,

    Defendant

Status conference was held December 19, 2012.

It is hereby

ORDERED THAT:

1. On concurrence of parties, motion for temporary restraining order withdrawn without prejudice; and

2. On joint motion, case dismissed, without prejudice.

So ordered.

                                                          /s/ James G.Carr
                                                          Sr. U.S. District Judge